UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PASSENGER VEHICLE REPLACEMENT
TIRES ANTITRUST LITIGATION     MDL No. 3107

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 7, 2024, the Panel transferred 13 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.3d___ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Sara Lioi.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Lioi.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 7, 2024, and, with the consent of that court, assigned to the Honorable Sara Lioi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 18, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio

By: *Corey McCardle*
Deputy Clerk

IN RE: PASSENGER VEHICLE REPLACEMENT  
TIRES ANTITRUST LITIGATION      MDL No. 3107

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 4 | 24−02217 | Benton v. Bridgestone Corporation et al |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 24−10632 | Williams v. Continental Aktiengesellschaft et al |
| MIE | 2 | 24−10725 | Flemister v. Continental Aktiengesellschaft et al |
| MIE | 2 | 24−11185 | Martin−Landers LLC et al v. Continental Aktiengesellschaft et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 24−01513 | Ammons et al v. Continental Aktiengesellschaft et al |
| NYS | 1 | 24−01930 | Slayman v. Continental Aktiengesellschaft et al |
| NYS | 1 | 24−01981 | Price v. The Goodyear Tire & Rubber Company et al |
| NYS | 1 | 24−01984 | Mai v. Continental Aktiengesellschaft et al |
| NYS | 1 | 24−02923 | Aberman et al v. Continental Aktiengesellschaft et al |
| **SOUTH CAROLINA** | | | |
| SC | 0 | 24−01332 | Earls et al v. Continental Aktiengesellschaft et al |
| SC | 6 | 24−01304 | Doherty v. Continental Aktiengesellschaft et al |
| SC | 6 | 24−01305 | Alessi v. Bridgestone Americas, Inc. et al |